AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

AMERICAN BIRD CONSERVANCY, FOREST CONSERVATION COUNCIL, and CONSERVATION COUNCIL FOR HAWAII,

Plaintiffs,

V.

FEDERAL COMMUNICATIONS COMMISSION

Defendant.

## JUDGMENT IN A CIVIL CASE

Case: CIVIL 05-00461DAE-LEK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

January 5, 2006

At 1 o'clock and 05 min p.m.
SUE BEITIA, CLERK

[ ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court**. This action came for hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that defendant Federal Communication Commission's Motion to Dismiss for Lack of Subject Matter Jurisdiction is GRANTED as pursuant to the "ORDER GRANTING DEFENDANT'S MOTION TO DISMISS" filed January 5, 2006.

cc: All Counsel of Record

January 5, 2006
Date

SUE BEITIA
Clerk

(By) Deputy Clerk